UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| MICHAEL BYRNE HELMS, <br> J.T. HELMS, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | CV418-103 |
| MACY'S RETAIL HOLDING, INC., <br> *et al.*, | ) <br> ) <br> ) | |
| Defendants. | ) | |

## ORDER

The parties filed their notice of settlement on February 22, 2019, indicating that they would file a stipulated dismissal within 60 days, "depending on the ability to resolve an issue regarding a claimed Medicare lien." Doc. 22. There has been no further activity in this case. It is therefore unclear whether the parties have resolved their dispute, or intend to proceed with the case.

Within 14 days of the date this Order is served, the parties shall either (1) file their stipulation of dismissal under Fed. R. Civ. P. 41, or (2) otherwise apprise the Court of the status of their settlement. Failure to respond will result in a recommendation of dismissal. *See* Fed. R. Civ.

P. 41(b) (authorizing district courts to dismiss an action for failure to obey a court order); L.R. 41.1(c) (authorizing district court to dismiss for lack of prosecution); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Collins v. Lake Helen, L.P.*, 249 F. App'x 116, 120 (11th Cir. 2007) ("[D]istrict court[s] possesses the inherent power to police [their] docket[s]" and to prune out those cases left to languish by their litigants).

**SO ORDERED**, this __10th__ day of May, 2019.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA