IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MICHAEL BYRNE HELMS, individually, and as the Executor for the Estate of DANA HELMS AND J.T. HELMS,<br><br>    Plaintiffs,<br>  v.<br><br>MACY'S RETAIL HOLDINGS, INC., AN OHIO CORPORATION, AND JOHN DOE, MANAGER AND EMPLOYEE OF MACY'S RETAIL HOLDING INC., AN OHIO CORPORATION,<br><br>    Defendants. | Civil Action File No: 4:18cv-103-WTM-CLR |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiffs Michael Byrne Helms and J.T. Helms, by and through their attorneys of record, and hereby dismiss with prejudice all of their claims against Macy's Retail Holdings, Inc. (hereinafter "Macy's") pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties agree that they will not seek costs, interest, or attorney's fees from each other and that such dismissal is with each party bearing their own costs and attorney's fees.

Respectfully submitted this 20th day of May, 2019.

| THE EICHOLZ LAW FIRM, P.C. | DREW ECKL & FARNHAM, LLP |
|---|---|
| *s/ Kathryn E. Sherry* | *s/ Lisa R. Richardson* |
| Kathryn E. Sherry | Stevan A. Miller |
| ***Georgia Bar No. 642399*** | ***Georgia Bar No. 508375*** |
| David S. Eichholz | Lisa R. Richardson |
| ***Georgia Bar No. 502134*** | ***Georgia Bar No.: 604074*** |
| 530 Stephenson Avenue, Suite 200 | 303 Peachtree Street NE, Suite 3500 |
| Savannah, Georgia 31405 | Atlanta, Georgia 30308 |
| Telephone: (912) 232-2791 | Telephone: (404) 885-1400 |
| Facsimile: (912) 629-2560 | Facsimile: (404) 876-0992 |
| E-mail: ksherry@thejusticelawyer.com | E-mail: smiller@deflaw.com |
| E-mail: deichholz@thejusticelawyer.com | E-mail: lrichardson@deflaw.com |
| ***Attorneys for Plaintiffs*** | ***Attorneys for Defendant Macy's Retail Holdings, Inc.*** |

8780973/1
07613-132537

## CERTIFICATE OF FONT COMPLIANCE

Counsel for Defendant Macy's Retail Holdings, Inc. hereby certifies that the forgoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B): Times New Roman (14 point).

This 20th day of May, 2019.

                                             DREW ECKL & FARNHAM, LLP

                                             *s/ Lisa R. Richardson*
                                             Lisa R. Richardson
                                             **Georgia Bar No. 604074**

303 Peachtree Street, NE, Suite 3500
Atlanta, Georgia 30308
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
E-mail: lrichardson@deflaw.com
***Attorneys for Defendant Macy's Retail Holdings, Inc.***
8780973/1
07613-132537

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MICHAEL BYRNE HELMS, individually, and as the Executor for the Estate of DANA HELMS AND J.T. HELMS,

    Plaintiffs,

v.

MACY'S RETAIL HOLDINGS, INC., AN OHIO CORPORATION, AND JOHN DOE, MANAGER AND EMPLOYEE OF MACY'S RETAIL HOLDING INC., AN OHIO CORPORATION,

    Defendants.

Civil Action File No: 4:18cv-103-WTM-CLR

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am counsel for Defendant Macy's Retail Holdings, Inc. and that I have this day served the foregoing *Stipulation of Dismissal with Prejudice* upon all parties to this matter by filing with the Court's CM/ECF system, which will automatically deliver e-mail notification of same to the following counsel of record:

    Kathryn E. Sherry, Esq.
    David S. Eichholz, Esq.
    The Eichholz Law Firm, P.C.

                                            530 Stephenson Avenue, Suite 200
                                                Savannah, Georgia 31405

This 20th day of May, 2019.

                                                      DREW ECKL & FARNHAM, LLP


                                                      *s/ Lisa R. Richardson*
                                                      Lisa R. Richardson
                                                      ***Georgia Bar No. 604074***

303 Peachtree Street, NE, Suite 3500
Atlanta, Georgia 30308
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
E-mail: lrichardson@deflaw.com
***Attorneys for Defendant Macy's Retail Holdings, Inc.***
8780973/1
07613-132537