IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MICHAEL BYRNE HELMS, )
individually, and as Executor )
for the Estate of Dana Helms, )
and J.T. HELMS, )
 )
    Plaintiffs, )
 )
v. ) CASE NO. CV418-103
 )
MACY'S RETAIL HOLDINGS, INC., )
an Ohio Corporation, and JOHN )
DOE, Manager and Employee of )
Macy's Retail Holding Inc., )
 )
    Defendants. )
 )

O R D E R

Before the Court is the parties' Second Amended Stipulation of Dismissal with Prejudice. (Doc. 40.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 23RD day of May 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA